**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| BNSF RAILWAY COMPANY, | § § § § § § | |
| Plaintiff/Counterclaim Defendant, | | |
| | § | Civil Action No. 4:26-cv-00832-P |
| v. | § § | |
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, | § § § | |
| and | § § | |
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS – TRANSPORTATION DIVISION, | § § § § § § | |
| Defendants/Counterclaim Plaintiffs. | § § § | |

**JOINT STIPULATION OF DISMISSAL
PURSUANT TO RULE 41(a)(1)(A)(ii)**

COME NOW, Plaintiff/Counterclaim Defendant BNSF Railway Company ("BNSF"), Defendant/Counterclaim Plaintiff International Association of Sheet Metal, Air, Rail and Transportation Workers – Transportation Division ("SMART-TD"), and Defendant/Counterclaim Plaintiff Brotherhood of Locomotive Engineers and Trainmen ("BLET") (collectively the "Parties") file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties jointly stipulate to dismissal, without prejudice, of all claims and/or counterclaims alleged in the pleadings before this Court. Each party will bear its own attorneys' fees and costs.

1

**IT IS SO STIPULATED.**

Dated: July 13, 2026

Respectfully submitted,

*/s/ Koree B. Wooley*
Koree B. Wooley
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Email: kbwooley@jonesday.com

*Attorney for Plaintiff/Counterclaim Defendant*
*BNSF Railway Company*

*/s/ Joshua D. McInerney*
Joshua D. McInerney
Wentz, McInerney, Piefer & Petroff LLC
14 E. Gay Street, 4th Floor
Columbus, OH 43215
Email: jmcinerney@lawforlabor.com

*Attorney For Defendant/Counterclaim Plaintiff*
*BLET*

*/s/ Erika A. Diehl-Gibbons*
Erika A. Diehl-Gibbons
General Counsel
SMART-Transportation Division
6060 Rockside Woods Blvd., Ste. 325
Independence, OH 44131
Email: ediehl@smart-union.org

*Attorney for Defendant/Counterclaim Plaintiff*
*SMART-TD*